UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 17-10373-MLW |
| ) | |
| CRISTIAN ALVAREZ HERNANDEZ, ) | |
| Defendant. ) | |

ORDER

WOLF, D.J.                                          November 25, 2020

For the reasons explained at the November 24, 2020 hearing, which was closed to the public, it is hereby ORDERED that:

1. The United States Marshal shall deliver to Magistrate Judge Page Kelley the documents in its custody that were retrieved from Brian Murphy, former counsel for defendant Cristian Alvarez Hernandez, and document the chain of custody.

2. The government shall file under seal and serve on Howard Cooper, counsel for Hernandez, a memorandum to assist the Magistrate Judge in her review of the documents, and file ex parte and under seal a supplemental memorandum with additional information to assist the Magistrate Judge which should not, at least now, be disclosed to the defendant.

3. The Magistrate Judge shall review the documents only to the extent necessary to determine whether any of them appear to

have been possessed by the defendant in violation of the Protective Order in this case (Dkt. No. 96), as a result of a violation of the Protective Order in <u>United States v. Erick Lopez Flores</u>, Cr. No. 18-10450-MLW (Dkt. No. 55), or otherwise improperly.

    3.   The Magistrate Judge shall report the results of her review to this court.

    4.   If the Magistrate Judge has reason to believe that any document being reviewed contains contraband, such as but not limited to synthetic marijuana, she shall inform this court and the court will have the document tested.

    5.   The defendant shall not be deemed to have waived any constitutional or other right he may have to object to the admissibility of a document that is reviewed by the Magistrate Judge, or the information that it contains, based on her review of it.

 

                                                   /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE