UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>CRISTIAN ALVAREZ HERNANDEZ, )<br>)<br>Defendant ) | Case No. 1:17 CR 10373 |

## JOINT STATUS REPORT

The parties submit this Joint Status Report in response to the Court's Order dated November 25, 2020. Defense counsel have met by Zoom with Mr. Alvarez Hernandez multiple times and are continuing to review the evidence with him. Defense counsel are aware of Mr. Alvarez Hernandez's letter to the Court dated December 28, 2020. Defense counsel have explained to him the nature of the ex parte proceeding that occurred on November 24, 2020. Mr. Alvarez Hernandez wishes for defense counsel to continue to represent him.

As of now, Mr. Alvarez Hernandez plans to proceed to trial in this matter subject to ongoing discussions with defense counsel. Defense counsel will follow-up and supplement discovery requests submitted by prior counsel. Additionally, defense counsel continue to review the evidence towards analyzing possible motions to suppress, dismiss, and other matters which will require the attention of the Court. Defense counsel respectfully request an additional sixty (60) days to report the status of the case to the Court.

|  |  |
|---|---|
|  | Respectfully Submitted<br>CRISTIAN ALVAREZ-HERNANDEZ,<br>By his attorneys,<br><br>/s/ Howard M. Cooper<br>Howard M. Cooper (BBO # 543842)<br>hcooper@toddweld.com<br>Michael R. DiStefano (BBO # 675615)<br>mdistefano@toddweld.com<br>Todd & Weld LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02109 |
| Dated:  January 25, 2021 | T: 617-720-2626 |

## CERTIFICATE OF SERVICE

I, Howard M. Cooper, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Howard M. Cooper

Howard M. Cooper

Dated: January 25, 2021