UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:17 CR 10373 |
| ) | |
| CRISTIAN ALVAREZ HERNANDEZ, ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S MOTION FOR APPROVAL OF FUNDS FOR PSYCHOLOGY EXPERT

Defendant Cristian Alvarez Hernandez, by and through his undersigned counsel, hereby moves this Court to authorize the expenditure of funds, not to exceed $5,000, for the services of an expert psychologist, Dr. Stephanie Tabashneck ("Dr. Tabashneck"), to assist with Mr. Alvarez Hernandez's sentencing presentation. In support of his request, Mr. Alvarez Hernandez states as follows:

1. Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), Mr. Alvarez Hernandez has pled guilty to participation in a RICO or racketeering conspiracy related to his involvement in the MS-13 gang in violation of 18 U.S.C. § 1962(d) (Count 1) and to being an alien in possession of ammunition in violation of 18 U.S.C. § 922(g)(5)(A) (Count 2).

2. Mr. Alvarez Hernandez was born in El Salvador in 1999.

3. He immigrated to the United States as an unaccompanied minor.

4. His involvement in the MS-13 gang took place, according to the Government, from 2013 through 2018, while he was a minor aged 13 to 18.



ALLOWED.
Wolf, D.J.
Oct. 8, 2021